| | |
|---|---|
| 1 | JOHN R. HILLSMAN (SBN 71220) |
| | JRHillsman@mhpsf.com |
| 2 | DEREK B. JACOBSON (SBN 88417) |
| | dbj@mhpsf.com |
| 3 | McGUINN, HILLSMAN & PALEFSKY |
| | 535 Pacific Avenue |
| 4 | Sand Francisco, CA 94133 |
| | Tel: (415) 421-9292 |
| 5 | Fax: (415) 403-0202 |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| THOMAS COOK, | ) | Case No.: CV 12 1965 NJV |
| | ) | |
| Plaintiff, | ) | SECOND STIPULATION EXTENDING |
| | ) | TIME FOR DEFENDANT CHAMPION |
| vs. | ) | TANKERS AS TO ANSWER OR |
| | ) | OTHERWISE RESPOND TO THE |
| CHAMPION TANKERS AS, | ) | COMPLAINT |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1(a), that the time for Defendant Champion Tankers AS to answer, move or otherwise respond to Plaintiff's Complaint is extended to and includes October 18, 2012.

Dated: September 27, 2012

JOHN R. HILLSMAN