UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COOK <br><br> Plaintiff(s), <br><br> v. <br><br> CHAMPION TANKERS A/S <br><br> Defendant(s). | Case No: CV 12 1965 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, John M. Toriello, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant, Champion Tankers A/S, in the above-entitled action. My local co-counsel in this case is Matthew P. Vafidis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Holland & Knight LLP <br> 31 West 52nd Street <br> New York, NY 10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Holland & Knight LLP <br> 50 California Street, 28th Floor <br> San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (212) 513-3200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 743-6900 |
| MY EMAIL ADDRESS OF RECORD: <br> John.Toriello@hklaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> Matthew.Vafidis@hklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1490994.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: October 15, 2012

_____
APPLICANT
John M. Toriello

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John M. Toriello is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

American LegalNet, Inc.
www.FormsWorkFlow.com