1  John R. Hillsman (SBN 71220)
   uroy3@aol.com
2  Derek B. Jacobson (SBN 88417)
   dbj@mhpsf.com
3  McGUINN, HILLSMAN & PALEFSKY
4  535 Pacific Avenue
   San Francisco, CA 94133
5  tel:    (415) 421-9292
   fax:    (415) 403-0202
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12  THOMAS COOK,                    )    Case No.  CV 12 1965 NJV
                                    )
13              Plaintiff,          )
                                    )    **PLAINTIFF'S PROOF OF SERVICE**
14  vs.                             )    **ON DEFENDANT CHAMPION TANKERS**
                                    )    **AS IN NORWAY UNDER ARTICLE 5 OF**
15  CHAMPION TANKERS AS,            )    **THE HAGUE SERVICE CONVENTION**
                                    )
16              Defendant.          )
                                    )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

# THE DISTRICT COURT OF BERGEN

**Dok 4**

L. Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor Street, suite 240, Portland
97205 Oregon
USA

| Our reference | Date |
|---|---|
| 12-131009ADM-BBYR/02 | 04.10.2012 |

## Document served

Enclosed you will find receipt for docuemnt served by The Execution and Enforcement Commissioner of Bergen ("Namsfogden").

The document was delivered to Mr. Arne Viste, the appointed contact person for Champion Tankers AS, at the business address in Tveiterasveien 12 in Bergen on Friday the 24th of August 2012.

We apologize for the delayed forwarding of this receipt.

Sincerely yours,

Angelica Alme
Notary Public

---

| Postadresse | Sentralbord | Saksbehandler | Bankgiro | Organisasjonsnummer |
|---|---|---|---|---|
| Postboks 7412, 5020 Bergen | 5569 9700 | Angelica Alme | | 974737418 |
| **Kontoradresse** | **Telefaks** | **Telefon** | **Ekspedisjonstid** | **Internett/E-post** |
| Tårnplass 2, Bergen | 5569 9701 | 5569 9749 | 0800-1530 | www.domstol.no |
| | | | | bergen.tingrett@domstol.no |

REQUEST

**1 3 JUL 2012**

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Hage, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | The Royal Ministry of Justice and the Police<br>Department of Civil Affairs<br>Akersgata 42<br>0030 OSLO<br>Norway |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**Champion Tankers AS**
**Tveitaraasveien 12**
**5232 Paradis**

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
    ~~*b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

[ ] ~~(c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
    ~~*c)  le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as
provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant*
*au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the ⟨5th⟩ day of ⟨July⟩, 2012.
*Fait à Portland, Oregon. USA, le ...*

**Signature and/or stamp.**
*Signature et/ou cachet*



<u>Executed "Summary"</u> (2 pages)
*** <u>Summons in a Civil Action</u>
*** <u>Complaint</u>
*** <u>ECF Registration Information Handout</u>
*** <u>Welcome to the U.S. District Court</u>
*** <u>Notice of Assignment of Case</u>
*** <u>Order Setting Initial Case</u>
*** <u>Standing Orders</u>
*** <u>Contents of Joint Case Management</u>
*** <u>Consent to Proceed</u> (blank)
*** <u>Declination to Proceed</u> (blank)

L. Celeste Ingalls



  * **Delete if inappropriate**
    *Rayer les mentions inutiles*

  **   **Authorized applicant pursuant to Rule 4(c)(2) of the**
     **Federal Rules of Civil Procedure, Public Law 97-462**

  ***  **with Norwegian translation**

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| Name and address of the requesting authority: *Nom et adresse de l'autorité requérante:* | L. Celeste Ingalls<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon, USA 97205 |

Particulars of the parties*: Thomas Cook .................................................................................................PLAINTIFF
*Indentité des parties:* Champion Tankers AS ...................................................................................DEFENDANT

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*   To give notice to defendant, Champion Tankers AS, of institution against it of a claim for damages and to summon it to answer the claim.

Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil claim for maritime tort and related actions.  Plaintiff's allegations include, but are not limited to, claims that the accident which occurred on or about April 26, 2009 was the direct result of the Defendants gross negligence in operating, managing, maintaining, and navigating the vessel M/T Champion Express in question, causing Plaintiff to suffer damages.  Plaintiff seeks damages in an amount to be determined including, but not limited to, interest, costs of suit, and such other and further relief as the court deems just and proper.

Date and place for entering appearance**:      N/A
*Date et lieu de la comparution:*

Court which has given judgment**:      N/A
*Juridiction qui a rendu la décision:*

Date of judgment**:      N/A
*Date de la décision:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*   Defendant is required to serve an ANSWER upon Plaintiff's attorney and file same ANSWER with the Court within twenty-one (21) days after receipt of the Summons in a Civil Action and other documents herein.

### EXTRAJUDICIAL DOCUMENT*
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:      N/A
*Nature et objet de l'acte:*

Time limits stated in the document**:      N/A
*Indication des délias figurant dans l'acte:*

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

SAMMENDRAG AV DOKUMENTET SOM SKAL FORKYNNES
SIDE 2 AV 2
SUMMARY OF THE DOCUMENT TO BE SERVED
PAGE 2 OF 2

*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, [Konvensjon om
forkynning i utlandet av judisielle og ekstrajudiselle dokumenter i sivile eller kommersielle saker],
undertegnet i Haag den 15. november. 1965
(Artikkel 5, 4. avsnitt)*
**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph)**

**Mottakers** identitet **og adresse** / -:
*Identity **and address** of the **addressee** / --:*

---

**Champion Tankers AS
Tveitaraasveien 12
5232 Paradis**

---

### VIKTIG

DET VEDLAGTE DOKUMENTET ER AV JURIDISK NATUR OG KAN HA INNVIRKNING PÅ
DINE RETTIGHETER OG FORPLIKTELSER. "SAMMENDRAG AV DOKUMENTET SOM SKAL
FORKYNNES" VIL GI DEG NOEN OPPLYSNINGER OM DETS NATUR OG FORMÅL. DU BØR
IMIDLERTID LESE SELVE DOKUMENTET NØYE. DET KAN VÆRE NØDVENDIG Å SØKE
JURIDISK RÅD.

DERSOM DINE ØKONOMISKE RESURSER ER UTILSTREKKELIGE, BØR DU SØKE
OPPLYSNINGER OM MULIGHETEN TIL Å FÅ JURIDISK HJELP ELLER RÅD ENTEN I LANDET
HVOR DU BOR ELLER I LANDET HVOR DOKUMENTET BLE UTSTEDT.

FORESPØRSLER OM TILGJENGELIGHETEN AV JURIDISK HJELP ELLER RÅD I LANDET
HVOR DOKUMENTET BLE UTSTEDT KAN STILLES TIL:

Lawyers' Committee Civil Rights of the San Francisco Bay Area
301 Mission Street, Suite 400
San Francisco, CA 94105-2258
415-543-9444

### IMPORTANT

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND
OBLIGATIONS.   THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME
INFORMATION ABOUT ITS NATURE AND PURPOSE.   YOU SHOULD, HOWEVER, READ THE
DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO SEEK LEGAL ADVICE*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON
THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE
YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE
THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

Lawyers' Committee Civil Rights of the San Francisco Bay Area
301 Mission Street, Suite 400
San Francisco, CA 94105-2258
415-543-9444

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

| THOMAS COOK, | |
|---|---|
| *Plaintiff* | ) CV 12 1965 |
| v. | ) Civil Action No. |
| CHAMPION TANKERS AS | ) |
| *Defendant* | ) NJV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     CHAMPION TANKERS AS
Tveitaraasveien 12
5232 Paradis
Norway

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John R. Hillsman
    McGUINN, HILLSMAN & PALEFSKY
    535 Pacific Avenue
    San Francisco, CA 94133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

*CLERK OF COURT*

Date: _____ APR 2 0 .9%

_____
*Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

John R. Hillsman (SBN 71220)
uroy3@aol.com
Derek B. Jacobson (SBN 88417)
dbj@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
tel:   (415) 421-9292
fax:   (415) 403-0202

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 12 1965

NJV

| | |
|---|---|
| THOMAS COOK,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION TANKERS AS,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR COMPENSATORY AND PUNITIVE DAMAGES FOR PERSONAL INJURIES UNDER GENERAL MARITIME LAW**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff THOMAS COOK complains against Defendant CHAMPION TANKERS AS, and for a Cause of Action alleges:

### SUBJECT MATTER JURISDICTION

1.     As is hereinafter more fully alleged, the incident that gave rise to this lawsuit occurred upon the high seas, had an actual impact on maritime commerce, involves a traditional maritime activity, and is therefore subject to admiralty tort jurisdiction. This Court, however, has concurrent subject matter jurisdiction under 28 U.S.C. § 1332 and the "savings to suitors" clause set forth in 28 U.S.C. § 1333(1), in that the action lies between an alien Corporation and a Citizen of the United States and the amount in controversy exceeds US $75,000.00, exclusive of interest and costs.

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Complaint

1

## PARTIES

2.    Plaintiff THOMAS COOK is an individual Citizen of the United States and a resident of the State of California, domiciled in Eureka, California.

3.    Upon information and belief, Defendant CHAMPION TANKERS AS ("CHAMPION") is a Norwegian corporation with its principal place of business in Bergen, Norway. Upon information and belief, CHAMPION is the manager and operator of the vessel *M/T CHAMPION EXPRESS.*

## PERSONAL JURISDICTION AND VENUE

4.    Plaintiff is suing Defendant CHAMPION in the Northern District of California under the provisions of Fed.R.Civ.Pro. 4(k)(2).

## MARITIME TORT CLAIM

5.    On or about April 26, 2009, Plaintiff and several others were sailing in international waters, more than one marine league off the coast of Taiwan, attempting to complete a trans-Pacific voyage aboard the *S/V PRINCESS TAIPING*, when their vessel was struck, sundered, and sunk by the *M/V CHAMPION EXPRESS.*

6.    Defendant, acting through its managing agents, the master and licensed officers of the *M/T CHAMPION EXPRESS*, was then and there guilty of outrageous conduct owing to gross negligence, willful, wanton, and reckless indifference to the rights and safety of others, or conduct even more deplorable, in that:

a.    It owned, operated, managed, maintained, manned, provisioned, equipped, controlled, supervised, operated and navigated the *M/T CHAMPION EXPRESS* with reckless and callous disregard for the safety of Plaintiff;

b.    It failed to exercise even scant care and permitted the *M/T CHAMPION EXPRESS* to deviate erratically and unexpectedly from her course after making passing arrangements with the *S/V PRINCESS TAIPING* which would have permitted both vessels to proceed safely; and,

c.    It operated and navigated the *M/T CHAMPION EXPRESS* in deliberate and willful violation of the International Rules of Navigation, including,

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Complaint

2

but not limited to:

    (1)    Rule 5 of the 1972 COLREGS, 33 U.S.C.A. § 1602, R.5

            - the so-called "Proper Look-Out Rule,"

    (2)    Rule 6 of the 1972 COLREGS, 33 U.S.C.A. § 1602, R.6

            - the so-called "Safe Speed Rule,"

    (3)    Rule 7 of the 1972 COLREGS, 33 U.S.C.A. § 1602, R.7

            - the so-called "Risk of Collision Rule," and,

    (4)    Rule 8 of the 1972 COLREGS, 33 U.S.C.A. § 1602, R.8

            - the so-called "Action to Avoid Collision Rule."

7.    As a direct and proximate result of the Defendant's hereinabove alleged conduct in the premises, the *M/T CHAMPION EXPRESS* veered off her course, smashed bow-on into the beam of the *S/V PRINCESS TAIPING*, cut that much smaller wooden vessel in two, and sank her. Some of those aboard the *PRINCESS TAIPING*, including Plaintiff THOMAS COOK, were thrown into the ocean as a result of the violent collision; others were able to cling to a severed half of the *S/V PRINCESS TAIPING* as it slowly sank into the ocean. Although the crew and passengers of the *PRINCESS TAIPING* were ultimately rescued by the Taiwanese Air Force and Coast Guard several harrowing hours after the collision, the *M/T CHAMPION EXPRESS* did not respond to distress or "SECURITE" calls, stop to render assistance, or make any attempt to rescue survivors, but callously resumed her original course and deliberately sped from the site of the collision.

8.    As a direct and proximate result of Defendant's hereinabove alleged delicts, Plaintiff THOMAS COOK suffered severe and permanent injuries to various parts of his body, including, but not limited to, his head, neck, spine, and psyche. As a further direct and proximate result of Defendant's hereinabove alleged delicts, and the physical and emotional injuries caused thereby, Plaintiff has experienced and will continue to experience great physical, mental, emotional, and psychological pain and suffering, all to his General Damage in an amount which exceeds the jurisdictional limits of this Court.

9.    As a further direct and proximate result of Defendant's hereinabove delicts, Plaintiff was forced to incur, and will continue to be forced to incur, various medical, hospital and therapeutic costs

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Complaint

3

1  and expenses, all to his Special Damage in an amount to be determined at the time of trial herein.

2       10.    As a further direct and proximate result of the Defendant's hereinabove alleged

3  delicts, Plaintiff has lost, and will continue to lose, wages, earnings, earning capacity, and income, all

4  to his further Special damage in an amount to be determined at the time of trial herein.

5       11.    By virtue of the acts and omissions set forth in Paragraph 6 hereinabove, Defendant

6  conducted itself in such an outrageous and deplorable manner as to justify an award of Punitive and

7  Exemplary Damages under General Maritime Law in an amount to be determined at the time of trial

8  herein.

9       12.    Defendant CHAMPION TANKERS, as operator of the *M/T CHAMPION EXPRESS*,

10  was thus grossly negligent, criminally indifferent, and solely at fault for causing the collision and

11  resulting damage and injuries.

12  **PRAYER**

13  WHEREFORE, Plaintiff prays damages against Defendant as follows:

14      1.    For General Damages in excess of the jurisdictional limits of this Court in accordance

15          with the allegations of Paragraph 8 hereinabove;

16      2.    For Special Damages in accordance with the allegations of Paragraphs 9 and 10

17          hereinabove;

18      3.    For Punitive and Exemplary Damages in accordance with the allegations of Paragraph

19          11 hereinabove;

20      4.    For prejudgment interest;

21      5.    For the costs of suit herein; and,

22      6.    For such other and further relief as this Court deems proper.

23

24  Dated:   April 19, 2012                McGUINN, HILLSMAN & PALEFSKY

25                                   Attorneys for Plaintiff Thomas Cook

26

27                            By:

28                                  JOHN R. HILLSMAN

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Complaint

4

1

## JURY DEMAND

2        Plaintiff THOMAS COOK demands a jury trial on all claims.

3

4    Dated:  April 19, 2012                 McGUINN, HILLSMAN & PALEFSKY
                                               Attorneys for Plaintiff Thomas Cook

5

6

7                                 By:
                                             JOHN R. HILLSMAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                             5

Complaint

# U.S. District Court Northern California
## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Local Rule 5-4 and General Order 45. Follow the steps outlined below to begin e-filing:

❑ **Serve** this ECF Registration Information Handout to all parties in the case along with the complaint or removal notice. DO NOT serve the e-filer application form, just this handout.

## Each attorney representing a party must:

❑ **Register** to become an e-filer by completing the application form.  Follow the instructions carefully.  If you are already registered in this district, your registration is valid for life on ECF case filings in this district.  DO NOT register again.

❑ **Email** (DO NOT E-FILE) the complaint or removal notice and all attachments, in PDF format, within ten (10) business days, following the instructions below. You do not need to wait for your ECF registration to be complete to email the court.

❑ Access dockets and documents using your **PACER** (Public Access to Court Electronic Records) account. If your firm already has a PACER account, please use that account.  It is not necessary to have individual PACER accounts for each user in your office.

PACER registration is free. To set up an account, visit: http://pacer.psc.uscourts.gov or call **(800) 676-6856.**

> BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR EMAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 AND 5(b)(2)(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

❑ All subsequent papers submitted by attorneys in this case shall be filed electronically.

❑ Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.

ECF registration forms, interactive tutorials, and complete instructions for e-filing may be found on the ECF website: https://ecf.cand.uscourts.gov.

## Submitting Initiating Documents by Email

PDF versions of all the initiating documents originally submitted to the court (complaint, notice of removal, exhibits, etc.) must be emailed NOT E-FILED to the PDF email box for the presiding judge (not to the referring judge, if there is one) within 10 (ten) business days of opening your case.

For a complete list of Judge's email addresses, visit:
http://ecf.cand.uscourts.gov and click on Judges.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your ECF registration to email these documents. These documents must be emailed NOT E-FILED to prevent duplicate entries in the ECF system. All other documents from this point forward must be e-filed. You DO NOT need to e-file or email the Summons, or any documents issued by the court at case opening.

**NOTE:** You MUST e-file the Summons returned.

## Converting Documents to PDF

Documents submitted to the court via ECF will only be accepted in a PDF file format. Instructions for creating PDF files can be found on the ECF website, visit:
http://ecf.cand.uscourts.gov and click on FAQ.

## Email Guidelines

When sending an email to the court, the subject line must contain:
– Case number
– Judge's initials
– Type of document(s) you are sending, and/or the topic of the email.

The examples below demonstrate subject lines for case number 03-09999 before the Honorable Charles R. Breyer:

**Complaint Only:** 03-09999 CRB Complaint
**Complaint and Notice of Related Case:** 03-09999 CRB Complaint, Related Case
**Complaint and Motion for Temporary Restraining Order:** 03-09999 CRB Complaint, TRO

## Questions

For case-specific questions or for questions on procedure, please contact the Case Systems Administrator for your assigned Judge directly. Visit http://www.cand.uscourts.gov and click on Judges for contact information.

Most e-filing questions can be answered online. Visit http://ecf.cand.uscourts.gov and click on FAQ. You may also email ECF Help Desk at ecfhelpdesk@cand.uscourts.gov or call toll-free **(866) 638-7829.** The ECF Help Desk is available Monday through Friday from 9:00 a.m. to 4:00 p.m. Pacific, excluding court holidays.

# WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO (EUREKA CASES)
## OFFICE HOURS:  9:00 A.M. TO 4:00 P.M.
### 415.522.2000
#### www.cand.uscourts.gov

**In Addition to the Local Rules, the Following Guidelines Have Been Provided to Ensure That the Filing Process Is Accomplished with Ease and Accuracy. For Additional Information or Assistance, Please Call the above Number During Office Hours.**

1.  Documents for Eureka are to be filed in the San Francisco Clerk's Office. We do not accept filings for cases assigned to judges or magistrate judges in the Oakland or San Jose division, per Civil L.R. 3-2(b).

2.  This office will retain the original plus one copy of most documents submitted. We will conform as many copies as you bring for your use. Related cases require an extra copy for **each** related action designated.

3.  An additional copy must be mailed to the chambers of the Eureka Magistrate Judge, P.O. Box 1306, Eureka, Ca 95502.

4.  In order to facilitate the file stamping process, each original document should be submitted on top of its copies. In other words, group like documents together--as opposed to a set of originals and separate sets of copies.

5.  The case number must indicate whether it is a civil or criminal matter by the inclusion of **C** or **CR** at the beginning of the number. Miscellaneous and foreign judgment matters should also be indicated with initials **MISC** or **FJ** at the end of the case number.

6.  The case number must include the initials of the judge and/or magistrate judge followed by the letters designating the case Arbitration (**ARB**), Early Neutral Evaluation (**ENE**) or Mediation (**MED**)--if assigned to one of those programs.

7.  The document caption should include the appropriate judge or magistrate judge involved in a particular matter or before whom an appearance is being made. This is especially important when submitting Settlement Conference Statements.

8.  Documents are to be stapled or acco-fastened at the top. Backings, bindings and covers are not required. Two holes punched at the top of the original document will facilitate processing.

9.  Appropriately sized, stamped, self-addressed return envelopes are to be included with proposed orders or when filing documents by mail.

10. Proofs of service should be attached to the back of documents. If submitted

separately, you must attach a pleading page to the front of the document showing case number and case caption.

11.     There are no filing fees once a case has been opened.

12.     New cases must be accompanied by a completed and signed Civil Cover Sheet, the filing fee or fee waiver request form and an original plus **two** copies of the complaint and any other documents. For Intellectual Property cases, please provide an original plus **three** copies of the <u>complaint</u>. Please present new cases for filing before 3:30 p.m., as they take a considerable amount of time to process.

13.     Copies of forms may be obtained at no charge. They may be picked up in person from the Clerk's Office forms cabinet or with a written request accompanied by an appropriate sized, stamped, self-addressed envelope for return. In addition, copies of the Local Rules may be obtained, free of charge, in the Clerk's Office or by sending a written request, along with a self-addressed, 10" x 14" return envelope, stamped with $ 8.70 postage to: Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102.

14.     Two computer terminals which allow public access to case dockets and one terminal with information regarding files at the Federal Records Center (FRC) are located in the reception area of the Clerk's Office. Written instructions are posted by the terminals. Outside of the Clerk's Office, electronic access to dockets is available through PACER. To obtain information or to register call 1-800-676-6851.

15.     A file viewing room is located adjacent to the reception area. Files may be viewed in this area after signing the log sheet and presenting identification. Files are to be returned by **1:00 pm** Under no circumstances are files to be removed from the viewing room.

16.     The Clerk's Office can only accept payment by **exact change or check** made payable to Clerk, U.S. District Court. No change can be made for fees or the public copy machine.

17.     Two pay copy machines are located in the file viewing room for public use, at fifteen cents ($.15) per page. Copy cards may be purchases at the snack bar on the first floor. Orders for copy work may be placed through Colour Drop by phoning 415-353-5720. Arrangements may be made to bring in a personal copier by calling the Clerk's Office in advance.

18.     We have a drop box for filing when the Clerk's Office is closed. Please see attached for availability and instructions.

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT OF CASE**
**TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to Magistrate Judge Nandor J. Vadas.

Pursuant to Title 28 U.S. C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in the case. Attached is a form to complete if you consent to proceed before the assigned magistrate judge and a form to complete if you decline to proceed before the assigned magistrate judge. Electronic versions of both forms are also available at the Court's Internet site: http://www.cand.uscourts.gov. Click on Forms-Civil. A party is free to withhold consent without adverse consequences. If a party declines to consent, the case will be randomly reassigned to a district judge and a case management conference will be scheduled on the district judge's calendar as close as possible to the date presently scheduled before the magistrate judge.

You must file your consent or declination by the deadline for filing the initial case management statement.

The plaintiff or removing party shall serve a copy of this notice and all attachments upon all other parties in the action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT,

RICHARD W. WIEKING, CLERK

_Mary Ann Bruly_
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS COOK,

Plaintiff(s),

v.

CHAMPION TANKERS AS,
Defendant(s).

No. C 12-01965 NJV

ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES

IT IS HEREBY ORDERED that this action is assigned to the Honorable Nandor J. Vadas.
When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all
other parties a copy of this order , the Notice of Assignment of Case to a United States
Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must
comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution
(ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize
themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern
District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number
of printed copies are available from the Clerk's Office for parties in cases not subject to the court's
Electronic Case Filing program (ECF).

IT IS FURTHER ORDERED that plaintiff or removing defendant serve upon all parties
the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern
District Of California," additional copies of which can be downloaded from the following
Internet site: http://www.cand.uscourts.gov.

### CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 4/20/2012 | Complaint filed | |
| 7/10/2012 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |

| | | |
|---|---|---|
| 7/24/2012 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 7/31/2012 | INITIAL CASE MANAGEMENT CONFERENCE (CMC)  in Eureka at 2:00 PM | Civil  L.R.  16-10 |

*If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

**NOTICE:  Plaintiff is directed to serve a copy of these Standing Orders at once upon all
parties to this action and upon those subsequently joined, and to file with the Clerk of
Court a certificate of service reflecting such service.**

## STANDING ORDERS OF MAGISTRATE JUDGE NANDOR J. VADAS
(Revised February 23, 2010)

     1.     **Compliance With Federal Rules, General Orders and Local Rules.**  All
parties shall consult and comply with all applicable Federal Rules, as well as the General Orders
and Local Rules of the U.S. District Court for the Northern District of California ("Court"),
except as expressly modified herein.  Failure to comply with any applicable rule or order may be
deemed sufficient grounds for monetary sanctions, dismissal, entry of default judgment, or other
appropriate sanctions.  The aforementioned rules and orders are supplemented and modified as
follows.

     2.     **Consent/Declination to Proceed Before a Magistrate Judge.**  In cases that are
randomly assigned to Judge Vadas for all purposes, a "Consent to Proceed before a U.S.
Magistrate Judge" and a "Declination to Proceed before a U.S. Magistrate Judge and Request for
Reassignment to a United States District Judge" will be provided to all parties.  The parties are
requested, within two (2) weeks of the receipt of these forms, to complete and file the form
reflecting their consent or declination as to Judge Vadas' jurisdiction as presiding judge.  All
pleadings filed in cases in which Judge Vadas is the presiding judge shall bear the designation
"EUREKA DIVISION".  **In the event that a case that is originally assigned to Judge Vadas
as the presiding judge is later reassigned to a District Court Judge, and unless otherwise
ordered by the Court, the case will remain assigned to Judge Vadas for all discovery
matters.**

     3.     **Filing and Lodging Pleadings and Documents.**  Unless expressly requested by
the Court, documents should not be faxed to chambers, but should be filed and lodged in
accordance with the Court's Local Rules.  The Court should not be routinely copied on
correspondence between counsel.

     4.     **Motion Practice.**  All motions to be heard by Judge Vadas shall be filed, served
and noticed in accordance with the applicable Local Rules.  Pursuant to Civil Local Rule 5-1(a),
any papers filed in connection with any motion referred to Judge Vadas must be filed in the
Clerk's Office at the division where the chambers of the referring judge are located.  Pursuant to
Civil Local Rule 5-1(b), the chambers copies of papers filed in connection with any motion
pending before Magistrate Judge Vadas must either be delivered to Magistrate Judge Vadas'
chambers at 514 H Street, 2nd Floor, Eureka, CA 95501, or mailed to Magistrate Judge Nandor J.
Vadas, P.O. Box 1306, Eureka, CA 95502.

5.   **Civil Law and Motion.** Judge Vadas' civil law and motion calendar takes place on Tuesdays at 1:00 p.m. in Courtroom 205A on the 2nd floor of the U.S. Post Office and Courthouse, 514 H Street, Eureka, CA 95501-1038 ("Eureka Federal Courthouse"). Hearings on civil motions pending before Judge Vadas must be scheduled with the Judge's courtroom deputy, Gloria Masterson (707-445-3612 or Gloria_Masterson@cand.uscourts.gov).

6.   **Criminal Law and Motion.** Judge Vadas' criminal law and motion calendar takes place on Mondays at 1:00 p.m. at the Eureka Federal Courthouse. Hearings on criminal motions pending before Judge Vadas must be scheduled with the Judge's courtroom deputy, Gloria Masterson.

7.   **Status and Case Management Conferences.** Status and case management conferences are generally held on Tuesdays at 2:00 p.m. at the Eureka Federal Courthouse.

8.   **Pre-Trial Conferences.** Pre-trial conferences are generally held on Tuesdays at 2:30 p.m. at the Eureka Federal Courthouse.

9.   **Requests for Continuances/Status Conferences.** Parties wanting to continue hearings, request special status conferences, or make other procedural changes shall do so either by a signed stipulation and proposed order or, if a stipulation is not possible, by a written ex parte application and order. Briefing schedules may not be changed by stipulation. Any change in the hearing date does not alter the original briefing schedule unless otherwise ordered by the Court. Any request to reschedule a case management conference shall be made in writing, and by stipulation if possible, at least ten calendar days prior to the scheduled case management conference date.

10.   **Telephonic Appearance Requirements and Procedures.** Any party requesting to appear telephonically for a proceeding before Judge Vadas must obtain advance permission to do so by contacting the Judge's courtroom deputy, Gloria Masterson, **at least four business days prior to the proceeding.** If multiple parties wish to appear telephonically, it is the responsibility of the parties to make arrangements to conference all telephonic participants together and to provide Ms. Masterson, **at least two business days prior to the proceeding,** with a **single number** to contact all parties when the Court is ready to proceed. For matters scheduled during a law and motion or other rolling calendar, all parties appearing telephonically must be available (at the number provided to Ms. Masterson) from the scheduled start of the calendar until their matter is called.

Unless specified otherwise by the court, the court does not permit the use of **payphones, cellular phones or speakerphones of any kind when participating in any court proceeding telephonically.** All telephone equipment used for teleconferencing must be fully capable of duplex operation. Duplex (also known as "full-duplex") communication mode provides transmission and reception (in both directions) simultaneously. This means that all parties can talk and hear at the same time.[1] A handset or headset is almost always duplex, but

---

[1] Half-duplex communication (in contrast to duplex) transmits and receives in only one direction at a time. This means that if you are talking, you cannot hear anyone else on the line, and if they are talking, they cannot hear anyone else. Half-duplex telephone communications are unacceptable for all calls.

you must check the device's documentation or test it to be sure (if you and the party on the other end can talk and hear at the exact same time - the device is duplex).

11.     **Settlement Conferences.** All parties appearing before Judge Vadas for a settlement conference shall comply with Judge Vadas' Settlement Conference Standing Order, which is available on the Court's website (www.cand.uscourts.gov → Judges → Vadas → Magistrate Judge Vadas' Standing Orders).

12.     **Discovery Disputes.** All parties with a discovery dispute in a case pending before, or referred to, Judge Vadas shall comply with the following:

    a.     Discovery motions may be addressed to the Court in three ways. A motion may be noticed on not less than thirty-five (35) days notice pursuant to Civil L.R. 7-2. Alternatively, a party may seek an order shortening time under Civil L.R. 6-3 if the circumstances justify that relief. In emergencies during discovery events (e.g., depositions), the Court is available pursuant to Civil L.R. 37-1(b).

    b.     In the event a discovery dispute arises, counsel for the party seeking discovery shall in good faith confer **in person** with counsel for the party failing to make that discovery in an attempt to resolve the dispute without the Court's involvement, as required by Federal Rule of Civil Procedure 37 and Civil L.R. 37-1(a). The meeting must be **in person,** except where good cause is shown why a telephone conference is adequate. A declaration setting forth these meet and confer efforts, and the final positions of each party, shall be included in the moving papers. **The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L.R. 37-1.**

    c.     Any party seeking Court intervention during a discovery event, or filing an emergency or ex parte application relating to a discovery dispute, **must** contact Judge Vadas' courtroom deputy, Gloria Masterson at 707-445-3612 prior to filing any documents.

    d.     Any party seeking an award of attorney fees or other expenses as sanctions in connection with a discovery dispute shall file a separate motion as required by Civil Local Rule 37-3.

    e.     In cases referred to Judge Vadas for discovery, if a party wishes to file a document under seal, that party shall first file a written request for a sealing order setting forth the good cause and accompanied by a proposed order, as provided by Civil Local Rule 79-5.

13.     **Lodging of Chambers Copies.** In all "E-Filing" cases when filing papers in connection with any motion for determination by the Judge, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be delivered to Magistrate Judge Vadas' chambers at 514 H Street, 2nd Floor, Eureka, CA 95501, or mailed to Magistrate Judge Nandor J. Vadas, P.O. Box 1306, Eureka, CA 95502. Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically. All chambers copies of filings containing exhibits must contain exhibit tabs. Chambers copies of filings in excess of 50 pages must be submitted in binders.

14.     **Electronic Submission of Proposed Orders.** Any proposed order in a case subject to electronic filing shall be e-filed (in .pdf format) and emailed (in Word or Word Perfect format) to njvpo@cand.uscourts.gov.

15.     **Motions for Summary Judgment.** Motions for summary judgment in cases assigned to Magistrate Judge Vadas for trial shall be accompanied by a statement of the material facts not in dispute supported by citation to admissible evidence. The parties shall file a joint statement of undisputed facts wherever possible. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Any party may then file a separate statement of the additional facts which the party contends are undisputed.

16.     **Court Reporters and Electronic Recording of Proceedings.** Unless specifically requested, the Court does not provide a court reporter for most pre-trial proceedings. The court records such proceedings electronically, a copy of which may be obtained by submitting a request to Judge Vadas' courtroom deputy, Gloria Masterson. Such requests must be accompanied by a check for twenty-six dollars made payable to the Clerk of Court for the Northern District of California and mailed directly to the San Francisco Clerk's Office at 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102. Each such request must include the case name and number, as well as the date and time of the proceeding for which a copy of the recording is requested. **A party who wishes to have a court reporter present for a pretrial proceeding in a civil matter must notify Judge Vadas' courtroom deputy at least two weeks in advance of the date set for the proceeding.**

17.     **Questions.** Parties are reminded that most procedural questions are answered in the Federal Rules, the Local Rules, and/or these Standing Orders. Parties should not contact chambers for answers to procedural questions without first carefully examining the current provisions of these authorities. Current versions of the Local Rules and these Standing Orders can be found on the Court's website at www.cand.uscourts.gov. Questions regarding scheduling and case management should be directed to Judge Vadas' courtroom deputy, Gloria Masterson.

18.     **Pro Se Assistance.** Parties representing themselves should consult the Court's Pro Se Handbook and/or Legal Help Center. The Pro Se Handbook and the contact information for the Legal Help Center can be found on the Court's website at www.cand.uscourts.gov.

19.     **Timeliness; Feedback.** The Court strives to set matters and render decisions in a timely manner. The Court encourages parties to advise the Court by letter to chambers of any matter that appears to have been unduly delayed.

IT IS SO ORDERED.

U.S. Magistrate Judge Nandor J. Vadas

STANDING ORDER FOR ALL JUDGES
OF THE NORTHERN DISTRICT OF CALIFORNIA

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing July 1, 2011, all judges of the Northern District of California will require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1.  Jurisdiction and Service: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2.  Facts: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3.  Legal Issues: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4.  Motions: All prior and pending motions, their current status, and any anticipated motions.

5.  Amendment of Pleadings: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6.  Evidence Preservation: Steps taken to preserve evidence relevant to the issue reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically recorded material.

7.  Disclosures: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8.  Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9.  Class Actions: If a class action, a proposal for how and when the class will be certified.

10. Related Cases: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.  Relief: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12.  Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13.  Consent to Magistrate Judge For All Purposes: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14.  Other References: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.  Narrowing of Issues: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16.  Expedited Trial Procedure: Whether this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64 Attachment A. If all parties agree, they shall instead of this Statement, file an executed Agreement for Expedited Trial and a Joint Expedited Case Management Statement, in accordance with General Order No. 64 Attachments B and D.

17.  Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18.  Trial: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19.  Disclosure of Non-party Interested Entities or Persons: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

v.

Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____       _____
                                      Signature

                                      Counsel for _____
                                      (Plaintiff, Defendant or indicate "pro se")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No.  C

Plaintiff(s),

v.

Defendant(s).
_____ /

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: _____

Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

AO 440 (Rev. 12/09) Stevning i sivilsak

## DISTRIKTSRETTEN I AMERIKAS FORENTE STATER

for

Californias nordlige distrikt

THOMAS COOK,

*Saksøker*

mot

**CHAMPION TANKERS AS**

*Tiltalte*

**E-levering**

# C V   1 2   1 9 6 5

Sivilsak nr.

## NJV

### STEVNING I SIVILSAK

Til: *(Tiltaltes navn og adresse)*      **CHAMPION TANKERS AS**
Tveitaraasveien 12
5232
Paradis, Norge

Det har blitt anlagt sivilsak mot deg.

Innen 21 dager etter forkynning av denne stevningen til deg (dagen du mottar den teller ikke) — eller 60 hvis du er USA eller et byrå i USA, eller en embetsmann eller ansatt av USA som omtalt i Fed. R. Civ. P. 12 (a)(2) eller (3) — må du forkynne overfor saksøker et svar på den vedlagte forklaringen eller en anmodning i henhold til rettsregel 12 i Federal Rules of Civil Procedure. Svaret eller anmodningen må forkynnes ovenfor saksøker eller saksøkers advokat, hvis navn og adresse er:
John R. Hillsman
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133

Dersom du unnlater å svare, vil kjennelsen automatisk gå mot deg for det beløpet som saksøkers f o r k l a r i n g  angir. Du må også levere svaret eller anmodningen din til domstolen.

**RICHARD W. WIEKING**

*DOMSTOLSADMINISTRATOR*

Dato:          20 APR 2012          */signatur/*

Signatur fra administrator eller assisterende administrator

*MARY ANN BUCKLEY*

John R. Hillsman (SDN 71220)
uroy3@aol.com
Derek B. Jacobson (SBN 88417)
dbj@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
tlf:      (415)421-9292
faks:   (415)403-0202

INNGITT
2012 APR 20 A 9:47
RIHARD W. WIENING
ADMINISTRATOR, AMERIKANSK
DISTRIKTSRETT I
CALIFORNIAS NORDLIGE DISTRIKT

# E-levering

DISTRIKTSRETTEN I USA

CALIFORNIAS NORDLIGE DISTRIKT

# CV 12 1965 NJV

THOMAS COOK,

Saksøker,

mot

CHAMPION TANKERS AS,

Tiltalte.

Saksnr.

**SAK FOR ERSTATNING OG STRAFFEANSVAR FOR PERSONSKADER UNDER GENERELL MARITIM LOV**

**KRAV OM JURYRETTSSAK**

Saksøker, THOMAS COOK, har levert forklaring mot tiltalte CHAMPION TANKERS AS, og anfører følgende saksgrunnlag:

### INNHOLD JURISDIKSJON

1. Som det heretter anføres mer detaljert, skjedde hendelsen som er årsaken til dette søksmålet på åpent hav, den hadde faktisk påvirkning på maritim handel, og den involverte en tradisjonell maritim aktivitet, og er derfor underlagt sjørett. Denne domstolen har derimot dobbelt domsmakt under 28 USC § 1332 og klausulen «saving to suitors» angitt i 28 U.S.C. § 1333(1), da saken er mellom et utenlandsk konsern og en borger av USA, og det omstridte beløpet overgår USD 75 000,00, inklusive renter og omkostninger.

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415)421-9292

Saksøkers forklaring

## PARTENE

2.     Saksøker THOMAS COOK er en enkeltperson og borger av USA, og bosatt i staten California, med domisil i Eureka, California.

3.     Etter hva retten har fått vite og erfarer er tiltalte, CHAMPION TANKERS AS («CHAMPION») et norsk selskap med hovedsete i Bergen, Norge Etter hva retten har fått viet og erfarer, administrerer og driver CHAMPION fartøyet *M/T CHAMPION EXPRESS*.

## PERSONLIG DOMSMAKT OG JURISDIKSJJON

4.     Saksøker går til sak mot tiltalte CHAMPION i det Californias Northern District i henhold til bestemmelsene i Fed.R.Civ.Pro. 4(k)(2).

## MARITIMT SIVILT SØKSMÅL

5.     Den 26. april 2009 eller deromkring, seilte saksøker og flere andre i internasjonalt farvann, mer enn en marin league utenfor kysten av Taiwan, i et forsøk på å fullføre en reise over Stillehavet ombord i *S/VPRINCESS TAIPING,* da fartøyet gikk på grunn ble delt i to og senket av *M/V CHAMPION EXPRESS*.

6.     Tiltalte, som handler gjennom sine administrerende representanter, skipsfører og lisensierte offiserer på *M/T CHAMPION EXPRESS,* var der og da skyldig i opprørende oppførsel på grunn av grov uaktsomhet, forsettelig, hensynsløs og uaktsom likegyldighet til andres rettigheter og sikkerhet, eller verre oppførsel, i og med at:

   a.     de eide, drev, opererte, vedlikeholdt, bemannet, forsynte, utstyrte, kontrollerte, hadde oppsyn med og navigerte *M/T CHAMPION EXPRESS* med uforsvarlig og ufølsom forakt for saksøkers sikkerhet;

   b.     de unnlot å utvise selv den minste forsiktighet, og lot *M/T CHAMPION EXPRESS*'fravike   tilfeldig og uventet fra planlagt kurs etter at den hadde avtalt forbipassering med *S/V PRINCESS TAIPING,* som ville latt begge fartøy fortsette trygt; og,

   c.     de drev og navigerte *M/T CHAMPION EXPRESS* i et forsettelig og bevisst brudd på internasjonale navigasjonsregler, inkludert,

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415)421-9292

Saksøkers forklaring

2

men ikke begrenset til,

(1)     regel 5 i 1972 COLREGS, 33 U.S.C.A. § 1602, R.5

        - den såkalte «regelen om passende utkikk,»

(2)     regel 6 i 1972 COLREGS, 33 U.S.C.A. § 1602, R.6

        - den såkalte «regelen om sikker hastighet»,

(3)     regel 7 i 1972 COLREGS, 33 U.S.C.A. § 1602, R.7

        - den såkalte «regelen om kollisjonsfare,»og,

(4)     regel 8 i 1972 COLREGS, 33 U.S.C.A. § 1602, R.8

        - den såkalte «regelen om handling for å unngå kollisjon.»

7.      Som et direkte og umiddelbart resultat av tiltalte heri beskrevne påståtte atferd i premissene, forandret *MJTCHAMPION EXPRESS* retning og kom ut av kurs, krasjet med baugen først inn i dekksbjelken til *S/V PRINCESS TAWING,* kuttet dette langt mindre fartøyet i to, og senket det. Enkelte av de som var ombord på *PRINCESS TAIPING,* inkludert saksøker THOMAS COOK, ble kastet i havet som følge av den kraftige kollisjonen; andre klarte å klamre seg til en ødelagt halvdel av *S/V PRINCESS TAIPING* mens den sakte sank i havets bunn. Selv om mannskapet og passasjerene ombord på *PRINCESS TAIPING* til slutt ble reddet av det taiwanske luftforsvaret og kystvakten, flere opprivende timer etter kollisjonen, besvarte ikke *M/T CHAMPION EXPRESS* nødanrop eller "SECURITE"-anrop. De stanset heller ikke for å gi assistanse, eller gjorde noe som helst forsøk på å redde overlevende, men fortsatte heller ufølsomt videre etter opprinnelig kurs, og skyndte seg med vilje unna kollisjonsstedet.

8.      Som en direkte og umiddelbar følge av tiltalte heri anførte forseelser, ble saksøker THOMAS COOK påført alvorlige og varige skader på flere deler av kroppen, inkludert, men ikke begrenset til, hode, nakke, ryggrad og psyke.   Som videre direkte og umiddelbar følge av tiltalte heri påståtte I forseelser, og de fysiske og emosjonelle skadene som disse forårsaket, har saksøker opplevd, og vil fortsette å oppleve, store fysiske, mentale, følelsesmessige og psykologiske skader og lidelser, som samlet utgjør generell skade for et beløp som overgår denne domstolens juridiske begrensninger.

9.      Som videre direkte og umiddelbar følge av tiltaltes ovennevnte lovbrudd, ble saksøker tvunget til å påføres, og vil fortsette å påføres, ulike kostnader og utgifter knyttet til lege, sykehus og terapi,

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415)421-9292

Saksøkers forklaring                                                                                         3

som tilsammen utgjør et dokumentert erstatningskrav hvis beløp vil fastsettes i den forestående rettssaken.

10.     Som videre direkte og umiddelbart følge av tiltaltes ovenfor nevnte påståtte lovbrudd, har tiltalte tapt, og vil fortsette å tape, arbeidslønn, inntjening, inntjeningskapasitet og inntekt, som tilsammen utgjør videre dokumentert erstatningskrav hvis beløp vil fastsettes i den forestående rettssaken.

11.     I kraft av de handlinger og unnlatelser som fremvises i punkt 6 ovenfor, har tiltalte oppført seg på en slik grov og forferdelig måte at tilkjenning av straffeerstatning i henhold til generelle sjørettsregler, for et beløp som vil fastsettes i den forestående rettssaken.

12.     Tiltalte, CHAMPION TANKERS, som operatør av *M/T CHAMPION EXPRESS,* var derfor grovt hensynsløs, kriminelt uaktsom og ene og alene ansvarlig for å ha forårsaket ulykken og påfølgende skader.

ANMODNING

PÅ DETTE GRUNNLAG ber saksøker om skadeerstatning fra tiltalte som følger:

1.     For generell erstatning i som overstiger de juridiske begrensningene til denne domstolen, i henhold til påstandene nevnt i punkt 8 ovenfor;

2.     for spesialerstatning i henhold til påstandene nevnt i punkt 9 og 10 ovenfor;

3.     for straffeerstatning i henhold til påstandene nevnt i punkt 11 ovenfor;

4.     for rentekostnader før dommen;

5.     for andre saksomkostninger heri; og

6.     for annen oppreisning ettersom domstolen finner det passende,

Datert:   19 april 2012

McGUINN, HILLSMAN & PALEFSKY
Advokater for saksøker Thomas Cook

Av: _____

JOHN R. HILLSMAN

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415)421-9292

## KRAV TIL JURY

Saksøker THOMAS COOK krever juryrettssak for alle påstander,

Datert: 19 april 2012

McGUINN, HILLSMAN & PALEFSKY
Advokater for saksøker Thomas Cook

JOHN R. HILLSMAN

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415)421-9292

# Amerikansk distriktsrett i Northern California Utdelingsark med registreringsinformasjon for ECF

Rettssaken du deltar er utpekt for domstolens program for elektronisk saksarkivering (ECF), i henhold til lokal rettsregel 5-4 og generell beslutning 45. Følg trinnene angitt nedenfor for å starte e-inngivelse:

☐ Forkynn dette utdelingsarket med registreringsinformasjon for ECF til alle sakens parter, sammen med forklaringen eller varsel om overføring til en føderal distriktsrett. IKKE FORKYNN søknadsskjemaet for e-inngivelse, kun dette utdelingsarket.

## Alle advokater som representerer en part må:

☐ Registrere seg e-inngiver ved å fylle ut søknadsskjemaet. Følg instruksene nøye. Hvis du allerede er registrert i dette distriktet, er registreringen din permanent gyldig for saksarkivering via ECF i dette distriktet. IKKE registrer deg på nytt.

☐ Send forklaringen eller overføringsvarselet via post (IKKE E-INNGIVELSE), i PDF-format, innen to (10) virkedager, i henhold til instruksene nedenfor. Du trenger ikke vente på at ECF-registreringen skal fullføres før du sender e-post til domstolen.

☐ Du får tilgang til utdrag og dokumenter via din PACER-konto (Public Access to Court Electronic Records). Hvis firmaet ditt allerede har PACER-konto, ber vi om at du bruker denne kontoen. Det er ikke nødvendig med egne PACER-konti for hver bruker i firmaet.

PACER-registrering er gratis. Vi du starte en konto, går du til: http://pacer.psc.uscourts.gov, eller ringer (800) 676-6856.

> VED Å SIGNERE OG LEVERE EN ANMODNING OM BRUKER-ID OG PASSORD FOR ECF-KONTO TIL DOMSTOLEN, SAMTYKKER DU I AT E-POSTADRESSEN DIN OPPFØRES I DOMSTOLENS ELEKTRONISKE REGISTER FOR ELEKTRONISK FORKYNNELSE AV ALLE E-INNGITTE PAPIRER, I HENHOLD TIL RETTSREGEL 77 OG 5(b)(2)(d) I FEDERAL RULES OF CIVIL PROCEDURE.

☐ Alle papirer som deretter leveres av advokater i denne saken, skal inngis elektronisk.

☐ Ikke-representerte stridende parter må inngi og forkynne i papirform, med mindre de på forhånd har fått tillatelse til å inngi elektronisk fra sakens dommer.

Registreringsskjema for ECF, interaktive læreprogram og fullstendige instrukser for inngivelse finner du på ECF-nettstedet: https://ecf.cand.uscourts.gov.

## Innlevering av innledende dokumenter via e-post

PDF-utgaver av alle innledende dokumenter som opprinnelig ble sendt til domstolen (saksøkers forklaring, overføringsvarsel, bevis, osv.) må sendes via e-post, og IKKE E-INNGIS i PDF-e-postboksen for rettens formann, hvis en slik finnes) innen 10 (ti) virkedager etter at saken åpnes.

Ønsker du en fullstendig liste over dommernes e-postadresser,
kan du gå til:
http://ecf.cand.uscourts.gov og klikke på Judges.

Du må inkludere saksnummer og dommerens initialer i emnefeltet i alle relevante e-poster til domstolen. Du trenger ikke vente på ECF-registreringen for å sende disse dokumentene på e-post. Disse dokumentene må sendes via e-post, IKKE E-INNGIS, for å hindre duplikater i ECF-systemet. Alle andre dokumenter må heretter e-inngis. Du behøver **IKKE** å e-inngi eller e-poste stevningen eller andre dokumenter som utstedes av retten etter at saken er åpen.

**MERK** Du MÅ returnere stevningen som e-inngivelse.

### Konvertering av dokumenter til PDF-format

Dokumenter som inngis til domstolen via ECF, vil kun godtas dersom er i PDF-format. Du finner instrukser for opprettelse av **PDF**-filer på ECF-nettstedet. Gå til   http://ecf.cand.uscourts.gov klikk på FAQ.

### Retningslinjer for e-post

Når du sender e-post til retten, må emnefeltet inneholde:
- saksnummer
- dommerens initialer
- Hvilke(n) type(r) dokument(er) du sender, og/eller e-postens emne.

Eksemplene nedenfor viser eksempler på emnefelt for sak nummer 03-09999, for dommer Charles R. Breyer:

Kun forklaring: 03-09999 CRB Complaint
Forklaring og varsel om relatert sak: 03-09999 CRB Complaint, Related Case Forklaring og begjæring om **midlertidig besøksforbud**: 03-09999 CRB Complaint, TRO

### Spørsmål

For spørsmål som angår en bestemt sak, eller for spørsmål om saksgang, kan du kontakte administrator for sakssystemer for din utnevnte dommer direkte. Gå til http://www.cand.uscourts.gov og klikk på Judges for kontaktinformasjon.

De fleste spørsmål om e-inngivelse kan besvares på nett. Gå til http://ecf.carjd.uscourts.gov og klikk på FAQ. Du kan også sende en e-post til brukerstøtten for ECF, på adresse ecfrtelpdesktajcand.uscourts.gov, eller ring gratisnummer (866) 638-7829. Brukerstøtten for ECF er åpen mandag til fredag 09:00-16:00 (Stillehavstid) unntatt når retten er stengt.

**VELKOMMEN TIL DEN AMERIKANSKE DISTRIKTSRETT I SAN FRANCISCO
(EUREKA-SAKER)
KONTORTID: 9:00-16:00
415.522.2000**
www.cand.uscourts.gov

**I tillegg til lokale rettsregler, gis følgende retningslinjer for å sikre at inngivelsesprosessen gjennomføres enkelt og nøyaktig. For ytterligere informasjon og assistanse, kan du ringe nummeret ovenfor i kontortiden.**

1.  Dokumenter for Eureka skal inngis til kontoret til rettsbetjenten i San Francisco. Vi godtar ikke inngivelse i saker der utnevnt dommer eller hjelpedommer er i Oakland eller San Jose, i henhold til Civil L.R. 3-2(b).

2.  Kontoret beholder originalen samt en kopi av de fleste dokumenter som innleveres. Vi tar imot så mange eksemplarer som du tar med deg til egen bruk. For relaterte saker kreves et ekstra eksemplar av **hvert** utpekte relaterte søksmål.

3.  Et ekstra eksemplar må sendes til dommerkontoret til Eureka Magistrate Judge, P.O. Box 1306, Eureka, Ca 95502.

4.  For å forenkle stemplingsprosessen, bør hvert originaldokument plasseres oppå kopiene av samme. Med andre ord skal like dokumenter grupperes – altså skal man ikke ha et sett med originalpapirer og et sett kopier.

5.  Saksnummeret skal angi hvorvidt det greier seg om en sivil- eller straffesak, ved at henholdsvis **C** eller **CR** angis før nummeret. Øvrige og utenlandske domsanliggender skal også merkes med initialene MISC eller **FJ** etter saksnummeret.

6.  Saksnummeret skal inkludere initialene til dommer og/eller hjelpedommer, etterfulgt av bokstaver som angi saken som mekling **(ARB)**, tidlig nøytral evaluering **(ENE)** eller forlik **(MED)**--dersom saken tilhører et av disse programmene.

7.  Dokumenttittelen bør inneholde navnet på dommeren eller hjelpedommeren i den bestemte saken, eller som man skal fremtre for. Dette er spesielt viktig ved inngivelse av Settlement Conference Statements.

8.  Dokumentene skal stiftes eller festes med binders øverst. Det er ikke nødvendig med rygg, innbinding eller omslag. Ved å gjennomhulle originaldokumentet med to hull øverst, forenkler man prosessen.

9.  Selvadresserte returkonvolutter, frankerte og i riktig størrelse, skal vedlegges de foreslåtte ordrene eller når dokumenter inngis via post.

10. Bevis på forkynnelse bør festes på baksiden av dokumentene. Hvis de innleveres

hver for seg, må du feste en prosesskriftsside på dokumentet forside, med saksnummer og -tittel.

11.    Etter at saken er åpnet, forekommer det ingen innleveringsgebyrer.

12.    Nye saker må leveres med et ferdig utfylt og underskrevet Civil Cover Sheet, inngivelsesgebyr eller skjema for anmodning om fritak fra inngivelsesgebyr, samt **to** eksemplarer av saksøkers forklaring og eventuelle andre dokumenter. I saker som omhandler immaterielle rettigheter, ber vi om at du leverer originalen samt **tre** eksemplarer av <u>saksøkers forklaring</u>. Vi ber om at nye saker innigs før klokken 15:30, da de tar lang tid å behandle.

13.    Kopier av skjema kan utstedes gratis. Du kan hente disse ved personlig oppmøte fra arkived på administrators kontor, eller ved skriftlig forespørsel vedlagt en selvadressert returkonvolutt, frankert og i riktig størrelse. I tillegg kan man få kopier av lokale rettsregler, gratis, på administrators kontor, eller ved å sende en skriftlig forespørsel, vedlagt en selvadressert returkonvolutt i størrelse 10" **x** 14", frankert med **$** 8,70, til: Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th Floor. San Francisco, CA 94102.

14.    To datastasjoner som muliggjør offentlig tilgang til saksutdrag, og en stasjon med informasjon om filer på Federal Records Center (FRC) finner du i resepsjonsområdet ved administrators kontor. Skriftlige instrukser er slått opp ved stasjonene. Utenfor administrators kontor kan man få tilgang til saksutdrag gjennom PACER. Ring 1-800-6766851 for mer informasjon eller for å registrere deg.

15.    Et rom for visning av mapper finner du ved siden av resepsjonsområdet. Du kan se mappene i dette området etter du har signert loggarket og vist identifikasjon. Mapper skal returneres innen **1:00 pm** Mappene skal ikke under noen omstendigheter fjernes fra visningsrommet.

16.    Administrators kontor mottar kun betaling i **nøyaktig beløp eller sjekk** for utbetaling til Clerk, U.S. District Court. Det er ikke anledning til å gi vekslepenger på gebyrer eller for den offentlige kopimaskinen.

17.    To betalings-kopimaskiner er plassert i mappevisningsrommet for allmenn bruk, mot betaling av femten cent ($.15) per side. Du kan kjøpe kopikort i snackbaren i førsteetasje. Du kan bestille kopiarbeid gjennom Colour Drop ved å ringe 415-353-5720. Du kan avtale å medbringe egen kopimaskin ved å ringe administrators kontor på forhånd.

18.    Vi har en leveringsboks for mapper som kan benyttes når administrators kontor er stengt. Se vedlegg for opplysninger om tilgjengelighet og instrukser.

I DEN AMERIKANSKE DISTRIKTSRETT I

NORTHERN DISTRICT OF CALIFORNIA

MELDING OM TILDELING AV SAK TIL

AMERIKANSK HJELPEDOMMER FOR RETTSLIG BEHANDLING

I henhold til generell beslutning 44 i tildelingsplanen til den amerikanske distriktsretten or Northern District of California har denne saken blitt tilfeldig tildelt hjelpedommer Nandor J. Vadas.

I henhold til fordring 28 U. S. C. § 636(c), kan en hjelpedommer, med alle parters skriftlige samtykke, utføre hele rettergangen i saken. Vedlagt er et skjema som skal fylles ut dersom du samtykker i at rettergangen skal foregå for tildelt hjelpedommer, og et skjema som skal fylles ut dersom du ikke samtykker i dette. Elektroniske utgaver av begge skjema er også tilgjengelige fra domstolens nettsted: http://www.cand.uscourts.gov. Klikk på Forms-Civil. En part står fritt til å nekte å samtykke uten negative følger. Hvis en part ikke samtykker, vil saken på nytt tildeles til en tilfeldig valgt distriktsdommer, og en konferanse om prosessbehandling vil settes opp på distriktsdommerens tidsplan så nært den tidligere oppsatte datoen som mulig, for hjelpedommeren.

Du må inngi ditt samtykke eller manglende sådan innen tidsfristen for å inngi den innledende erklæringen om prosessbehanding.

Saksøker eller parten som ber om overføring skal forkynne et eksemplar av dette varselet og eventuelle vedlegg til alle andre parter i saken, i henhold til Federal Rules of Civil Procedure 4 og 5.

FOR DOMSTOLEN,

RICHARD W. WIEKING,
ADMINISTRATOR

Av: Assisterende administrator

**Distriktsretten i USA** for Northern District of California

DISTRIKTSRETTEN I USA
CALIFORNIAS NORDLIGE DISTRIKT

```
INNGITT
2012 APR 20 A 9:47
RICHARD W. WIENING
ADMINISTRATOR, AMERIKANSK
DISTRIKTSRETT I
CALIFORNIAS NORDLIGE DISTRIKT
```

THOMAS COOK,

Saksøker(e),

mot

CHAMPION TANKERS AS,

Tiltalte

**E-levering**

Nr. **C 12-01965 NJV**

**KONFERANSE FOR FASTSETTELSE
AV ORDRE FOR INNLEDENDE
SAKSHÅNDTERING OG TIDSFRISTER
FOR ADR**

DET ER HERVED BESLUTTET at denne saken tildeles dommer Nandor J. Vadas. Ved forkynnelse av saksøkers forklaring eller overføringsvarsel, må saksøker eller overførende tiltalte forkynne, for alle øvrige parter, et eksemplar av denne beslutningen, varsel om tildeling av sak til en amerikansk hjelpedommer for rettssal, og alle andre dokumenter som spesifiseres i Civil Local Rule 4-2. Advokaten må overholde sakens tidsplan, angitt nedenfor, med mindre domstolen bestemmer annerledes.

DET ER VIDERE BESLUTTET at denne saken tildels Alternative Dispute Resolution (ADR) Multi-Option Program, som styres av ADR Local Rule 3. Advokaten og dennes klienter skal gjøre seg kjent med renne rettsregelen og med materialet med tittel «Dispute Resolution Procedures in the Northern District of California» på rettens nettsted for ADR, www.adr.cand.uscourts.gov. Et begrenset antall utskrevne eksemplarer er tilgjengelig fra administrators kontor for parter i saker som ikke er underlagt programmet for elektronisk saksarkivering (ECF).

DET BESTEMMES VIDERE at saksøker eller den overførende tiltalte skal forkynne, overfor alle parter, brosjyren med tittel «Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California». Ytterligere eksemplarer av denne kan lastes ned fra følgende nettsted: http://www.cand.uscourts.gov.

### TIDSPLAN FOR SAK -ADR MULTI-OPTION PROGRAM

| Dato | Begivenhet | Ledende rettsregel |
|---|---|---|
| 20/4/2012 | Saksøkers forklaring inngitt | |
| 10/7/2012 | *Siste dag for: | |
| | • å møte og rådføre mht første redegjørelser, tidlig forlik, valg av ADR-prosess, og avhørsplan | FRCivP 26(f) & ADR L.R.3-5 |
| | • inngivelse av ADR-sertifisering, underskrevet av partene, og advokat (skjema tilgjengelig fra http://www.cand.uscourts.gov) | Civil L.R. 16-8 (b) & ADR L.R. 3-5(b) |
| | • inngivelse av enden bestemmelse for ARD-prosess eller varsel om behov for ADR-telekonferanse (skjema tilgjengelig fra http://www.cand.uscourts.gov) | Civil L.R. 16-8 ( c )  & ADR L.R. 3-5-5(b) & (c) |

| | | |
|---|---|---|
| 24/7/2012 | Siste dag for inngivelse av rapport om rettsregel 26(f), fullstendige innledende fremlegging eller erklæring om innsigelser mot rapport om rettsregel 26(f) og inngivelse av erklæring om prosessbehandling i henhold til vedlagt stående ordre om innhold i felles erklæring om prosessbehandling (også tilgjengelig fra http://www.cand.useourss.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 31/7/2012 | KONFERANSE OM INNLEDENDE PROSESSBEHANDLING (CMC) i Eureka, klokken 14:00 | Civil   L.R. 16-10 |

*Hvis den innledende konferansen om prosessbehandling fortsetter, fortsetter de andre tidsfristene tilsvarende.

I DEN AMERIKANSKE DISTRIKTSRETT I
NORTHERN DISTRICT OF CALIFORNIA
EUREKA-AVDELINGEN

VARSEL: Saksøker pålegges å øyeblikkelig forkynne ett eksemplar av disse stående ordre overfor alle parter i denne saken, og til parter som tilkommer senere, og å inngi et bevis på forkynnelse som reflekterer dette til rettens administrator.

STÅENDE ORDRE FRA HJELPEDOMMER NANDOR J. VADAS
(Revidert 23. februar 2010)

1.      **Overholdelse av føderale lover, generelle bestemmelser og lokale rettsregler.** Alle parter skal rådspørre og overholde alle gjeldende føderale lover, i tillegg til de generelle bestemmelser og lokale rettsregler for den amerikanske distriktsretten i Northern District of California («domstolen»), bortsett fra der endringer er utført uttrykkelig heri. Manglende overholdelse av gjeldende lover eller bestemmelser kan anses som gyldig grunn for økonomisk straff, heving, uteblivelsesdom, eller andre passende tiltak. De heri nevnte lover og bestemmelser suppleres og modifiseres som følger.

2.      **Samtykke/manglende samtykke for å anlegge sak for hjelpedommer.** Alle saker som tilfeldig tildeles dommer Vadas, skal et «Samtykke i å gjennomføre rettslige skritt foran en amerikansk hjelpedommer" og et "Manglende samtykke i å gjennomføre rettslige skritt foran en amerikansk hjelpedommer og anmodning om overføring til en amerikansk distriktsdommer» gis til alle parter. Det anmodes om at partene, innen to (2) uker etter å ha mottatt disse skjemaene, fyller dem ut og inngir det skjemaet som gjenspeiler deres samtykke eller manglende samtykke mht. dommer Vadas som dommerformann. Alle rettergangsforhandlinger som inngis i saker der dommer Vadas er dommerformann, skal merkes med «EUREKA DIVISION». I tilfeller der en sak som opprinnelig ble tildelt dommer Vadas som dommerformann, senere overføres til en dommer i distriktsretten, og med mindre annet er beordret fra domstolens side vil saken fortsatt være tildelt dommer Vadas med hensyn til alle anliggender rundt avhør av motparten.

3.      **Inngivelse og fremførelse av prosesskrifter og dokumenter.** Med mindre annet er uttrykkelig anmodet av domstolen, skal dokumenter ikke fakses til domstolen, men inngis og fremføres i henhold til domstolens lokale regler. Denne domstolen bør ikke rutinemessig inkluderes i korrespondanse mellom advokater.

4.      **Begjæringspraksis.** Alle begjæringer som skal høres av dommer Vada, skal inngis, forkynnes og kunngjøres i henhold til gjeldende lokale rettsregler. I henhold til Civil Local Rule 5- 1(a) skal alle papirer som inngis i forbindelse med begjæringer som henvises til dommer Vadas inngis på rettsadministrators kontor i den avdelingen der dommeren det henvises til holder til. I henhold til Civil Local Rule 5-1 (b), skal dommerkontorets eksemplarer av dokumenter inngitt i forbindelse med begjæringer for hjelpedommer Vadas enten leveres til hjelpedommer Vadas kontor, på 514 H Street, 2nd Floor, Eureka, CA 95501, eller sendes via post til Magistrate Judge Nandor J. Vadas, P.O. Box 1306, Eureka, CA 95502.

5.   **Sivilrett og begjæring** Dommer Vadas sin kalender for sivilrett og begjæring finner sted tirsdager klokken 13:00 i rettslokale 205A, i 2. etasje i U.S. Post Office and Courthouse, 514 H Street, Eureka, CA 95501-1038 ("Eurekas føderale tinghus"). Høringer i sivile begjæringer som forestår for dommer Vadas, må planlegges med dommerens rettsbetjent, Gloria Masterson (707-445-3612 eller Gloria_Masterson@cand.uscourts.gov).

6.   **Strafferett og begjæring** Dommer Vadas sin kalender for strafferett og begjæring finner sted mandager klokken 13:00, i Eurekas føderale tinghus. Høringer i strafferettslige begjæringer som forestår for dommer Vadas, må planlegges med dommerens rettsbetjent, Gloria Masterson.

7.   **Konferanser om status og prosessbehandling.** Konferanser om status og prosessbehandling avholdes vanligvis tirsdager klokken 14:00 i Eurekas føderale tinghus.

8.   **Konferanser i forkant av rettssak.** Konferanser i forkant av rettssak avholdes vanligvis tirsdager klokken 14:30 i Eurekas føderale tinghus.

9.   **Anmodninger om fortsettelse/statuskonferanser.** Parter som ønsker å fortsette høringer, anmode om spesielle statuskonferanser, eller få gjennomført andre endringer i prosedyre, skal gjøre dette enten ved en underskrevet bestemmelse og foreslått beslutning, eller, dersom en bestemmelse ikke er mulig, ved en skriftlig ex parte-søknad og beslutning. Orienteringstidsplanen kan ikke endres ved bestemmelse. Eventuelle endringer i høringstidsplanen endrer ikke den originale orienteringstidsplanen, med mindre dette bestemmes av retten. Eventuelle anmodninger om endring av konferanse om prosessbehandling skal utføres skriftlig, og om mulig ved bestemmelse, minst ti kalenderdager før den planlagte datoen for prosessbehandlingskonferansen.

10.   **Krav og prosedyrer for telefonmøte.** Hvis en part anmoder om å møte over telefon for sakførsel foran dommer Vadas må de få forhåndstillatelse til å gjøre dette ved å ta kontakt med dommerens rettsbetjent, Gloria Masterson, minst fire virkedager før rettergangen. Hvis flere parter ønsker å møte over telefon, er det partenes ansvar å forberede telefonkonferanser for alle deltakere sammen, og gi Ms. Masterson, minst to virkedager før rettergangen, et enkelt kontaktnummer for alle parter, når retten er klar til å starte. For anliggender som er planlagt under en begjæring eller annen variabel kalender, skal alle parter som skal møte over telefon være tilgjengelige (på nummeret som ble gitt til Ms. Masterson) fra planlagt start av kalenderen til anliggendet er innkalt.

Med mindre annet er spesifisert av retten, er det **ikke tillatt å bruke telefonautomater, mobiltelefoner eller noe slags høyttalertelefon når man deltar i en rettsforhandling telefonisk.** Alt telefonisk utstyr som brukes til telekonferanser må være fullt kapabelt for toveisdrift. Toveiskommunikasjonsmodus (også kalt «full toveis») betyr samtidig transmisjon og mottaking (begge veier). Dette betyr at alle parter kan snakke og høyre samtidig.[1] A-telefonrør og hodemikrotelefoner er nesten alltid toveis, men

[1]Halv toveis kommunikasjon (i motsetning til toveis) sender og mottar i én retning av gangen. Dette betyr at når du snakker, kan du ikke høre de andre på linjen, og hvis de snakker kan de heller ikke høre andre. Halv toveis telefonkommunikasjon er ikke godkjent for slike konferanser.

2  s i d e

Du må kontrollere enhetens dokumentasjon eller teste den for å være sikker (dersom du og parten i den andre enden både kan snakke og høre samtidig, er enheten toveis).

11.   **Forlikskonferanser.** Alle parter som   møter foran dommer Vadas for forlikskonferanse skal overholde dommer Vadas løpende ordre for forlikskonferanser, tilgjengelig fra domstolens hjemmeside (www.cand.uscourts.gov -> Judges     Vadas -> Magistrate Judge Vadas' Standing Orders).

12.   **Rettslig feide om avhør av motparten.** Alle parter med rettslig feide om avhør av motparten i en pågående sak foran, eller sak som er henvist til, dommer Vadas, skal overholde følgende:

a.   Anmodning om avhør kan fremlegges for retten på tre måter. En anmodning kan meddeles med ikke mindre enn trettifem (35) dagers varsel, i henhold til Civil L.R. 7-2. Eventuelt kan en part be om at denne tiden kortes ned i henhold til Civil L.R. 6-3, dersom omstendighetene rettferdiggjør dette. I nødstilfeller under avhør av motparten (f.eks. vitneforklaringer), er retten tilgjengelig i henhold til Civil L.R. 37-1(b).

b.   Dersom en rettslig feide om avhør av motparten oppstår, vil advokaten for hver part som søker avhør av motparten i god tro konferere personlig med advokaten som ikke overholder dette, i forsøk på å løse tvisten uten rettens innblanding, slik det kreves av Federal Rule of Civil Procedure 37 and Civil L.R. 37-1 (a). Møtet må være personlig, bortsett fra der det forevises god grunn til at en telekonferanse er tilstrekkelig. En erklæring som fremlegger disse bestrebelsene for å møte og konferere, og hver parts endelige standpunkt, skal inkluderes i fremleggingsdokumentasjonen. **Retten vil ikke behandle anmodning om avhør av motparten, dersom den fremleggende part ikke har overholdt Fed. R. Civ. P. 37 og Civil L.R. 37-1.**

c.   Parter som anmoder om rettens inngripen under et avhør, eller som inngir en nøds- eller ex parte-søknad relatert til en tvist om avhør av motparten, **må** kontakte dommer Vadas sin rettsbetjent, Gloria Masterson, på telefon 707-445-3612 før noen dokumenter fremlegges.

d.   Parter som anmoder erstatning for advokatsalær og andre utgifter som sanksjon i forbindelse med en tvist om avhør av motparten, skal fremlegge en egen anmodning i henhold til   Civil Local Rule 37-3.

e.   I saker som fremlegges for dommer Vadas for avhør av motparten, dersom en part ønsker å inngi et forseglet dokument, skal parten først inngi en skriftlig anmodning for forseglingsordre ved å fremlegge god grunn og vedlegge foreslåtte bestemmelse, i henhold til Civil Local Rule 79-5.

13.   **Fremføring av eksemplarer for dommerkontoret.** I alle "E-inngivelsessaker" ved inngivelse av dokumenter i forbindelse med en anmodning om bestemmelse fra dommeren, skal partene, i tillegg til å inngi dokumentene elektronisk, fremføre et trykket eksemplar av dokumentene for dommerkontoret innen utgangen av rettsdagen etter at dokumentene ble inngitt elektronisk. Disse trykkede eksemplarene skal merkes "Chambers Copy" og inngis til hjelpedommer Vadas sitt kontor, 514 H Street, 2nd Floor* Eureka, CA 95501, eller sendes til Magistrate Judge Nandor J. Vadas, P.O. Box 1306, Eureka, CA 95502. Partene skal ikke inngi trykte eksemplarer av dokumenter til administrators kontor dersom disse allerede er inngitt elektronisk. Alle dommerkontorets eksemplarer av dokumenter som inneholder bevisgjenstander, skal ha merkelapper for bevisgjenstandene. Eksemplarer for dommerkontoret som inneholder mer enn 50 sider, skal bindes.

3 side

14.     **Elektronisk inngivelse av forslag til bestemmelser.** Alle forslag til bestemmelser i saker underlagt elektronisk inngivelse skal e-inngis (i .pdf-format) og sendes via e-post (Word eller Word Perfect) til njvpo@cand.uscourts.gov.

15.     **Anmodning om dom utenrettsforhandlinger.** Anmodninger om dom uten rettsforhandlinger i saker tildelt hjelpedommer Vadas for rettssak, skal vedlegges en erklæring som fremlegger de betydelige fakta som ikke er omtvistet, i følge med en stevning for tillatt ført bevis. Partene skal inngi en felles erklæring om ikke omtvistede fakta der dette er mulig. Dersom partene ikke kommer til full enighet etter møte og konferering, skal de inngi en felles erklæring om de ikke omtvistede fakte som de er enig om. Hver av partene kan deretter inngi en egen erklæring om fakta som partene hevder ikke er omtvistede.

16.     **Rettsstenografer og elektronisk rettsprotokoll.** Dersom det spesifikt er anmodet om noe annet, vil ikke retten ha rettsstenograf for forberedende juridiske tiltak. Retten fører slike tiltak inn i protokollen elektronisk, og et eksemplar av dette kan får ved å sende en anmodning til dommer Vadas sin rettsbetjent, Gloria Masterson. Slike forespørsler må vedlegges en sjekk på 26 dollar, betalbar til Clerk of Court for the Northern District of California **og sendt direkte til San Francisco Clerk's Office at 450 Golden Gate Ave., 16th Floor, San Francisco, CA 94102.** Alle slike forespørsler må inkludere sakens navn og nummer, i tillegg til dato og tidspunkt for sakførselen som det anmodes om eksemplar om nedtegningen for. **En part som ønsker at en rettsstenograf skal være tilstede under forberedende juridiske tiltak, må melde fra til dommer Vadas sin rettsbetjent minst to uker før datoen for saksførselen.**

17.     **Spørsmål.** Partene påminnes om at de fleste spørsmål om prosedyre besvares av det føderale eller lokale regelverket, og/eller heri stående ordre. Partene bør **ikke** kontakte dommerkontoret for svar på prosedyrerelaterte spørsmål uten at de først grundig har undersøkt denne myndighetens **gjeldende** bestemmelser. Gjeldende versjoner av lokalt regelverk og heri stående ordre finner du på domstolens nettsted, www.cand.uscourts.gov. Spørsmål om tidsplanlegging og sakshåndtering bør rettes til dommer Vadas sin rettsbetjent, Gloria Masterson.

18.     **Assistanse ved selvrepresentasjon.** Parter som representerer seg selv, bør konsultere domstolens håndbok for selvrepresentasjon, og/eller juridiske hjelpesenter. Du finner håndboken for selvrepresentasjon og kontaktinformasjon for det juridiske hjelpesenteret på domstolens nettsted, www.cand.uscourts.gov.

19.     **Betimelighet; tilbakemelding** Domstolen etterstreber å gjennomføre saker og avsi dom på en betimelig måte. Domstolen oppfordrer partene til å melde fra til domstolen via brev til dommerkontoret dersom en sak virker å være utsatt utover det som er rimelig.

DET ER BEORDRET.

_____

Amerikansk hjelpedommer Nandor J. Vadas

4 side

STÅENDE ORDRE FOR ALLE DOMMERE I

NORTHERN DISTRICT OF CALIFORNIA

INNHOLD I FELLES ERKLÆRING OM SAKSHÅNDTERING

Fra og med 1. juli 2011 vil alle dommere i Northern District of California kreve identisk informasjon i felles erklæringer om sakshåndtering som inngis i henhold til Civil Local Rule 16-9. Partene må inkludere følgende informasjon i erklæringene som, unntatt i spesielt komplekse saker, ikke bør overgå ti sider:

1.  Jurisdiksjon og kopi av papirer til motparten:   Grunnlaget for rettens jurisdiksjon over sakens innhold med hensyn til saksøkers krav og tiltaltes motkrav, hvorvidt personlig jurisdiksjon eller rettskrets er omstridt, hvorvidt det gjenstår flere parter som skal forkynnes, og, hvis det gjenstår parter for forkynning, foreslått tidsfrist for forkynningen.

2.  Fakta: En kort kronologisk oversikt over fakta og en erklæring om viktigste omstridte fakta.

3.  Juridiske anliggender: En kort erklæring, uten lange juridiske argumenter, om de omstridte punktene i loven, inkludert henvisning til bestemte lover og kjennelser.

4.  Anmodninger: Alle tidligere og pågående anmodninger, deres aktuelle status, og forventede anmodninger.

5.  Endring av pledering: I hvilken grad parter, anførsler eller forsvar forventes å legges til eller avvises, og en foreslått tidsfrist for endring av plederinger.

6.  Bevispreservering: Skritt som tas for å preservere bevis som er relevant for anliggender som er rimelig opplagte i saken, inkludert forbud mot dokumentdestruerende programmer og eventuelt pågående sletting av e-poster, talepost, og annet materiale som er lagret elektronisk.

7.  Fremlegging: Hvorvidt det har vært full og betimelig overholdelse av de forberedende fremleggingskravene i Fed. R. Civ. P. 26, og en beskrivelse av det fremlagte.

8.  Utspørring av motparten: Utspørring som har funnet sted så langt, om noe, og omfanget av forventet utspørring, eventuelle foreslåtte begrensninger eller endringer av reglene for utspørring, og en foreslått utspørringsplan i henhold til Fed. R. Civ. P. 26(f).

9.  Gruppesøksmål: Hvis det dreier seg om et gruppesøksmål, et forslag til hvordan og når gruppen skal sertifiseres.

10.  Relaterte saker: Eventuelle pågående relaterte saker eller prosesser for andre dommere i denne domstolen, eller for andre domstoler eller forvaltningsorganer.

11. Erstatning: All erstatning som søkes gjennom saksøkers forklaring eller motforklaring, inkludert størrelsen på eventuelle erstatninger som søkes og en beskrivelse av grunnlaget for utregning av erstatningssummen. I tillegg skal parter som søker erstatning beskrive på hvilken basis den mener erstatningen skal beregnes dersom det finnes erstatning.

12. Forlik og ADR: Mulighet for forlik; ADR-forsøk pr. dags dato, og en spesifikk ADR-plan for saken, inkludert overholdelse av ADR. L.R. 3-5, samt en beskrivelse av avgjørende utspørringer eller anmodninger som trengs for at partene skal kunne forhandle om en løsning.

13. Samtykke til hjelpedommer for alle formål: Hvorvidt alle parter samtykker i at en hjelpedommer skal utføre all videre saksgang, inkludert rettssak og kjennelse.

14. Andre henvisninger: Hvorvidt saken passer for henvisning til bindende mekling, en spesiell mester, eller Judicial Panel on Multidistrict Litigation.

15. Begrensning av anliggender: Anliggender som kan begrenses ved avtale eller anmodning, forslag til hvordan bevisførsel under rettssaken kan utføres raskere (f.eks. ved oppsummeringer eller avtalte fakta), og eventuelle anmodninger om oppdeling av anliggender, krav eller forsvar i to deler.

16. Fremskyndet saksgang: Hvorvidt dette er en type sak som kan håndteres under Expedited Trial Procedure of General Order No. 64, vedlegg A. Dersom alle parter er enige, kan de istedenfor denne erklæringen levere en utført avtale for fremskyndet saksgang og en felles erklæring for håndtering av fremskyndet sak, i henhold til General Order No. 64, vedlegg B og D.

17. Tidsplanlegging: Foreslåtte datoer for utnevning av sakkyndige, tidsfrist for utspørring av motparten, høring av dispositive anmodninger, forberedende konferanse og rettssak.

18. Rettssak: Hvorvidt saken skal prøves foran en jury eller foran retten, og rettssakens antatte varighet.

19. Redegjørelse for interessenter som ikke er part i saken: Hvorvidt hver part har inngitt "Certification of Interested Entities or Persons", slik det kreves i Civil Local Rule 3-16. I tillegg må hver part igjen erklære, i erklæringen om sakshåndtering, innholdet i sin sertifisering ved å tilkjennegi personer, selskaper, partnerskap, konserner (inkludert morselskaper) og andre enheter som parten vet har enten: (i) økonomisk interesse i innholdet i striden eller i en part i saken, eller (ii) an annen type interesse som kan påvirkes betydelig av sakens utfall.

20. Andre anliggender som kan sørge for en rettferdig, rask og rimelig avgjørelse i saken.

DEN AMERIKANSKE DISTRIKTSRETT I

NORTHERN DISTRICT OF CALIFORNIA

NR. C

Saksøkere),

mot

Tiltalte

/

**SAMTYKKE I Å ANLEGGE SAK FOR EN AMERIKANSK HJELPEDOMMER**

SAMTYKKE I Å ANLEGGE SAK FOR EN AMERIKANSK HJELPEDOMME I henhold til bestemmelsene i fordring 28, U.S.C. avsnitt 636(c), gir undertegnede part herved frivillig samtykke til å la en amerikansk hjelpedommer utføre all videre saksgang, inkludert rettssak og endelig dom. Anke av kjennelsen skal sendes direkte til United States Court of Appeals for niende rettsdistrikt.

Datert: _____

_____
Signatur
Forsvarer for
(Saksøker. Tiltalt eller angi «pro se»)

DISTRIKTSRETTEN I USA

CALIFORNIAS NORDLIGE DISTRIKT

Nr. **C**

Saksøkere),

Mot

Tiltalte

**NEKTER Å ANLEGGE SAK FOR
HJELPEDOMMER**
**OG**
**ANMODNING OM OVERFØRING TIL EN
AMERIKANSK DISTRIKTSDOMMER**

ANMODNING OM OVERFØRING TIL EN AMERIKANSK DISTRIKTSDOMMER

Undertegnede part nekter herved å samtykke i at denne saken skal håndteres av en amerikansk hjelpedommer for rettssak og rettsavgjørelse, og anmoder herved om at saken overføres til en amerikansk distriktsdommer.

Datert:

Signatur

Forsvarer for
Saksøker, tiltalt, eller angi «pro se»