UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| THOMAS COOK, | No. C 12-01965 |
| Plainitff(s), | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| CHAMPION TANKERS AS | |
| Defendant(s). | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

[X]     One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

[]     One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE VADAS ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: October 19, 2012

Richard W. Wieking, Clerk
United States District Court

    /s/
By: Gloria Masterson
Courtroom Deputy

cc: Intake