John R. Hillsman (SBN 71220)
uroy3@aol.com
Derek B. Jacobson (SBN 88417)
dbj@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Tel:   (415) 421-9292
Fax:   (415) 403-0202
*Attorneys for Plaintiff, Thomas Cook*

Matthew P. Vafidis (SBN 103578)
Matthew.vafidis@klaw.com
John M. Toriello, *pro hac vice*
John.Toriello@hklaw.com
HOLLAND & KNIGHT, LLP
50 California Street, 28th Floor
Tel: (415) 743-6900
Fax: (415) 743-6910
*Attorneys for Defendant,
Champion Tankers, AS*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS COOK,<br><br>  Plaintiff,<br>vs.<br><br>CHAMPION TANKERS AS,<br><br>  Defendant. | Case No.  CV 12 1965 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER BIFURCATING HEARING AND<br>EXTENDING BRIEFING SCHEDULE ON<br>DEFENDANT'S MOTION TO DISMISS<br>    AS MODIFIED** |

WHEREAS Defendant CHAMPION TANKERS A.S. has filed a Motion to Dismiss on the bases of *Res Judicata*, Collateral Estoppel, Lack of Personal Jurisdiction, and *Forum Non Conveniens* on November 8, 2012, which Motion is set for hearing on January 18, 2013 (Docket No. 30);

WHEREAS the Parties agree that the issues raised by Defendant's Motion to Dismiss on the

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Stipulation and Proposed Order Bifurcating Hearing on Defendant's Motion to Dismiss - Case No. CV 12 1965 JSW       1

bases of *Res Judicata* and Collateral Estoppel pose no issues of fact, require no preliminary discovery, and may be briefed, submitted, and decided as a pure matter of law;

WHEREAS Plaintiff asserts, and Defendant denies, that the issues raised by Defendant's Motion to Dismiss on the basis of Lack of Personal Jurisdiction and *Forum Non Conveniens* pose threshold issues of fact;

WHEREAS Plaintiff intends to request this Court's permission to undertake limited, threshold discovery relating to Defendant's jurisdictional and *Forum Non Conveniens* arguments before briefing those issues or submitting them for decision;

WHEREAS Defendant intends to oppose any request by the Plaintiff for threshold discovery;

WHEREAS the Parties agree that their dispute with respect to said threshold discovery may be avoided if the Court decides to grant Defendant's Motion to Dismiss the case on the bases of *Res Judicata* and Collateral Estoppel;

WHEREAS Plaintiff's opposition to the Motion to Dismiss is due pursuant to Civil L.R. 7-4 on November 23, 2012, the day after the Thanksgiving holiday;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED ATTORNEYS OF RECORD, that:

1.) Defendant's Motion to Dismiss may be bifurcated for hearing, such that briefing and argument on the issues of *Res Judicata* and Collateral Estoppel will be heard first on January 18, 2013;

2.) Plaintiff's time to file an opposition to the bifurcated Motion to Dismiss on the issues of *Res Judicata* and Collateral Estoppel shall be extended to and including December 7, 2012, and Defendant's time to reply thereto shall be extended to and including January 8, 2013;

3.) If, and only if, the issues of *Res Judicata* and Collateral Estoppel are decided

& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Stipulation and ~~Proposed~~ Order Bifurcating Hearing on Defendant's Motion to Dismiss - Case No. CV 12 1965 JSW    2

in Plaintiff's favor, Plaintiff may seek permission, subject to Defendant's opposition, from the Court to obtain discovery on the limited issues of personal jurisdiction and *Forum Non Conveniens*. Defendant's Motion to Dismiss on the bases of *Forum Non Conveniens* and Personal Jurisdiction shall be briefed and heard in accordance with a schedule to be set by the Court.

Dated: November 14, 2012

McGUINN, HILLSMAN & PALEFSKY

By: _____
JOHN R. HILLSMAN

*Attorneys for Plaintiff THOMAS COOK*

Dated: November 14, 2012

HOLLAND & KNIGHT, LLP

By: _____
JOHN M. TORIELLO

*Attorneys for Defendant*
*CHAMPION TANKERS AS*

**ORDER BIFURCATING HEARING ON DEFENDANT'S MOTION TO DISMISS**
AS MODIFIED

The parties' Stipulation for an Order bifurcating Defendant's Motion to Dismiss is accepted by the Court. Defendant's Motion to Dismiss shall be and hereby is bifurcated for hearing, such that briefing and argument on the issues of *Res Judicata and Collateral Estoppel* will be heard first on January 18, 2013. Plaintiff's time to file an opposition to said motion is extended to and including

1  December 7, 2012, ~~and Defendant's time to reply thereto is extended to and including January 8,~~

2  ~~2013.~~ If, and only if, the issues of *Res Judicata* and Collateral Estoppel are decided in Plaintiff's

3  favor, Plaintiff may seek permission, subject to Defendant's opposition, to obtain discovery on the

4  limited issues of personal jurisdiction and *Forum Non Conveniens* in accordance with a schedule

5  to be established by the Court. Defendant's Motion to Dismiss on the bases of *Forum Non*

6  *Conveniens* and Personal Jurisdiction shall be briefed and heard in accordance with a schedule to

7  be set by the Court. In addition, the reply brief is due to be filed ten days before the hearing, which is

8  ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ less than the time permitted under the Local Rules.

Defendants have not shown why they need thirty days to prepare a reply brief.

If the Defendants show good cause for filing a reply on January 8, 2013, the Court shall continue the hearing by one week to January 25, 2013. Otherwise, Defendants' reply brief shall be due by no later than December 21, 2012.

Dated: November 14, 2012

Honorable Jeffrey S. White
United States District Judge

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Stipulation and ~~Proposed~~ Order Bifurcating Hearing on Defendant's Motion to Dismiss - Case No. CV 12 1965 JSW          4